An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIYA COLEMAN,
Appellant,
vs.
BRYAN DONGRAY,
Respondent.

No. 65030

**FILED**

AUG 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On May 22, 2014, this court granted appellant's motion for an extension of time to file the civil proper person appeal statement. Per our May 22 order, appellant's civil appeal statement was due to be filed by June 23, 2014. In granting this extension, we noted that appellant's failure to file and serve her appeal statement within the allotted time may result in the dismissal of this appeal as abandoned. To date, appellant has not filed the civil appeal statement or otherwise responded to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we therefore

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____ J.
Parraguirre

_____Saitta_____, J.
Saitta

cc: Hon. William B. Gonzalez, District Judge, Family Court Division
Tiya Coleman
Throne & Hauser
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-26229